**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 24, 2015

Hon. William D. Mount Jr.
Dale & Klein, L.L.P.
1100 E. Jasmine Ave., Ste. 202
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzalez, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00205-CV
Tr.Ct.No.  C-2480-11-I-B
Style:    Cornelio Morales v. Hidalgo County Irrigation District #6

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   398th District Court (DELIVERED VIA E-MAIL)
     Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)